Eric B. Johnson, Esq. (eric.johnson@quarles.com)
Nevada Bar No. 009363
QUARLES & BRADY LLP
2 N. Central Avenue
Phoenix, AZ  85004
Phone:  (602) 229-5200
Facsimile:  (602) 229-5690

Troy E. Peyton, Esq. (troy@peytonlaw.net)
Nevada Bar No. 001188
TROY E. PEYTON, P.C.
703 South Eighth Street
Las Vegas, NV  89101
Phone:  702-388-4466
Facsimile:  702-388-4474

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DESIDERIO LOPEZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>UNITED PARCEL SERVICE, INC., a Nevada corporation, ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>              Defendants. | NO. 2:09-cv-02209-KJD-PAL<br><br>**MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR -October 19, 2010 - 9:15 a.m.** |

Defendant United Parcel Service, Inc. ("Defendant" or "UPS"), by counsel, hereby moves for leave to appear telephonically for the hearing on UPS's Motion to Compel Discovery currently scheduled for October 19, 2010 at 9:15 a.m.  Undersigned counsel is located in Phoenix, Arizona and respectfully requests leave to appear telephonically for the hearing as the hearing is not expected to be lengthy nor would it prejudice Plaintiff in any way.

QB\920018.01542\11477056.1

RESPECTFULLY SUBMITTED this 12th day of October, 2010

                    QUARLES & BRADY, LLP

                    By /s/Eric B. Johnson
                        Eric B. Johnson
                        Nevada Bar. No. 009363

Troy E. Peyton, Esq.
TROY E. PEYTON, P.C.
703 South Eighth Street
Las Vegas, NV  89101

Counsel for UPS

## CERTIFICATE OF MAILING

I hereby certify that on the 12th day of October, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.  A copy of the foregoing document was also mailed to:

Desiderio Lopez
6813 Accent Court
Las Vegas, NV  89108

Pro Se Attorney for Plaintiff

                    /s/ Ginger L. Chilcote
                    An Employee of Quarles & Brady LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DESIDERIO LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., a Nevada corporation, ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>    Defendants. | NO. 2:09-cv-02209-KJD-PAL<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR - October 19, 2010 - 9:15 a.m.** |

Upon consideration of the Motion for Leave to Appear Telephonically ("Motion") filed by Defendant United Parcel Service, Inc. ("UPS") and good cause appearing, it is hereby:

ORDERED that the Motion be and hereby is granted and counsel for UPS may appear telephonically for the hearing on UPS's Motion to Compel scheduled for October 19, 2010 at 9:15 a.m.

Dated this 15th day of October, 2010.

_____
HONORABLE PEGGY A. LEEN

QB\920018.01542\11478754.1