# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DESIDERIO LOPEZ,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

Case No. 2:09-CV-02209-KJD-PAL

**ORDER**

    Currently before the Court is Defendant United Parcel Service, Inc.'s ("UPS") Motion to Dismiss (#31), filed November 23, 2010. The Court issued a <u>Klingele</u> Order (#32) on November 24, 2010, advising Plaintiff of the requirement to file a responsive pleading to Defendant's dispositive Motion, and admonishing Plaintiff that failure to file a responsive pleading within fourteen (14) days would lead to dismissal of the action pursuant to Local Rule 7-2(d).

    Also before the Court is a Report and Recommendation (#33) entered by Magistrate Judge Peggy A. Leen recommending that the Court grant Defendant's Motion to Dismiss. The Court has reviewed the Motion to Dismiss and Report and Recommendation, and good cause appearing, **IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation should be **AFFIRMED** and **ADOPTED** in whole.

///

///

1     **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation

2 (#33) entered December 30, 2010, is **AFFIRMED** and **ADOPTED** in whole.

3     **IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED**, with prejudice.

5 DATED this 19th day of January, 2011.

_____
Kent J. Dawson
United States District Judge